STATE OF IOWA v. ELIAS DOTY, Appellant.

**Overruling Demurrer to Indictment:** NOT APPEALABLE. Under Code, section 5448, providing that an appeal in a criminal case can only be taken from a final judgment, the supreme court has no jurisdiction to determine an appeal from an order overruling a demurer to an indictment. ·

*Appeal from Linn District Court.*—HON. H. M. REMLEY, Judge.

SATURDAY, OCTOBER 21, 1899.

LADD, J.—Indictment for libel, to which the defendant interposed a demurrer. This was overruled, and the appeal is from that ruling. It does not appear judgment has ever been entered. In a criminal action "an appeal can only be taken from final judgment." Code, section 5448. An order overruling a demurrer is not such. *State v. Swearengen,* 43 Iowa, 336. To confer jurisdiction, the abstract must affirmatively show that final judgment has been entered.

*State v. Wheeler,* 65 Iowa, 619; *State v. Haworth,* 85 Iowa,
712; *State v. Briggs,* 73 Iowa, 456. It follows that this
appeal must be DISMISSED.